IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SIDNEY A. POTTS,

        Petitioner,

v.

CHARLES DANIELS,

        Respondent.

CV. 07-294-JE

ORDER TO DISMISS

JELDERKS, Magistrate Judge.

    Petitioner moves to voluntarily dismiss this 28 U.S.C. § 2241 habeas corpus action. Petitioner's Motion to Withdrawn and Dismiss Petition (#15) is GRANTED. As the Motion was filed after respondent briefed the merits of this case, the dismissal is with prejudice.

    IT IS SO ORDERED.

    DATED this 21 day of June, 2007.

                                  /s/ John Jelderks
                                  John Jelderks
                                  United States Magistrate Judge

1 - ORDER TO DISMISS